AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

Shannen Dugan,

*Plaintiff(s)*

v.   Civil Action No. 9:23-cv-80309-RS

Account Resolution Services and Experian Information Solutions, Inc.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Account Resolution Services
1643 NW 136th Ave Ste 100
Sunrise, Florida 33323,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CRAIG B. SANDERS**
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 1, 2023

Angela E. Noble
Clerk of Court

SUMMONS

s/ N. Wilner
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Shannen Dugan,<br>*Plaintiff(s)*<br>v.<br>Account Resolution Services and Experian Information Solutions, Inc.,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) | Civil Action No. 9:23-cv-80309-RS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Experian Information Solutions, Inc.
C/O CT Corporation System
28 Liberty Street
New York, New York 10005,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CRAIG B. SANDERS**
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 1, 2023

Angela E. Noble
Clerk of Court

SUMMONS

s/ N. Wilner
Deputy Clerk
U.S. District Courts