UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-80309-RS

SHANNEN DUGAN,

    Plaintiff,

v.

ACCOUNT RESOLUTION SERVICES[1],
AND EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a/ ARS ACCOUNT RESOLUTION SERVICES**

Plaintiff, Shannen Dugan, and Defendant, Healthcare Revenue Recovery Group, LLC d/b/a/ ARS Account Resolution Services, by and through their undersigned counsel, hereby notify the Court that the aforementioned Parties have reached a settlement in the above-captioned matter.

The parties are in the process of finalizing the terms of settlement and respectfully request that this Court allow forty-five (45) days to complete the settlement, during which time the Parties request this Court retain jurisdiction over this matter until fully resolved. The Parties

---

[1] Defendant's correct name is Healthcare Revenue Recovery Group, LLC d/b/a/ ARS Account Resolution Services.

anticipate that a joint stipulation to voluntary dismissal with Prejudice will be filed within forty-five (45) days.

Dated this **4th day of May 2023.**

| | |
|---|---|
| */s/ Craig B. Sanders* | */s/ Ernest H. Kohlmyer, III* |
| Craig B. Sanders, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No.: 985686 | Florida Bar No. 110108 |
| csanders@sanderslaw.group | Skohlmyer@shepardfirm.com |
| Sanders Law Group | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 333 Earle Ovington Boulevard | 2300 Maitland Center Parkway, Suite 100 |
| Suite 402 | Maitland, Florida 32751 |
| Uniondale, New York 11553 | Telephone (407) 622-1772 |
| Telephone (516) 203-7600 | Facsimile (407) 622-1884 |
| Facsimile (516) 282-7878 | *Attorneys for Defendant, Healthcare* |
| *Attorneys for Plaintiff* | *Revenue Recovery Group, LLC d/b/a/ ARS Account Resolution Services* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **May 4, 2023**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Craig B. Sanders, Esquire at csanders@sanderslaw.group *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
SKohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Phone: (407) 622-1772
Fax: (407) 622-1884

*Attorneys for Defendant Healthcare Revenue Recovery Group, LLC d/b/a/ ARS Account Resolution Services*