UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80309-CIV-SMITH

SHANNEN DUGGAN,

       Plaintiff,
v.

ACCOUNT RESOLUTION SERVICES, *et al.*,

       Defendants.
_____/

### NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on Plaintiff and Healthcare Revenue Recovery Group, LLC d/b/a/ ARS Account Resolution Services [DE 11], indicating that Plaintiff's claims, against Account Resolution Services, have been settled in full. Upon consideration, it is hereby

**ORDERED that**

(1) Plaintiff and Account Resolution Services shall file their Joint Stipulation of Dismissal as to claims against Account Resolution Services, in accordance with Federal Rule of Civil Procedure 41 on or before **June 19, 2023**. Failure to comply with this Order may result in the final dismissal of this case.

(2) Each party shall bear its own attorney's fees and cost.

(3) All pending motions are denied as moot.

(4) This case is CLOSED.

DONE and ORDERED in Fort Lauderdale, Florida, this 4th day of May 2023.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record