UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80309-CIV-SMITH

SHANNEN DUGGAN,

    Plaintiff,

v.

ACCOUNT RESOLUTION SERVICES, *et al.*,

    Defendants.

_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Plaintiff and Account Resolution Services's Joint Stipulation of Dismissal with Prejudice [DE 13]. Upon consideration, it is

**ORDERED** that:

1. Plaintiffs' claims against Account Resolution Services only are **DISMISSED with prejudice.**

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 26th day of May 2023.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc Counsel of record