UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80309-CIV-SMITH

SHANNEN DUGGAN,

    Plaintiff,

v.

ACCOUNT RESOLUTION SERVICES, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice as to Experian Information Solutions [DE 15]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Experian Information Solutions are **DISMISSED with prejudice.**
2. Each party shall bear its own attorney's fees and costs.
3. All pending motions are denied as moot.
4. This case is CLOSED.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 12th day of June 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc Counsel of record